**DISMISS and Opinion Filed October 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00959-CV**

**IN THE INTEREST OF A.E.M., A CHILD**

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 109297-CC**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's October 17, 2022 motion to dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See*

*id.*

        /Robert D. Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE

220959F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF A.E.M., A CHILD

No. 05-22-00959-CV

On Appeal from the County Court At Law No. 1, Kaufman County, Texas Trial Court Cause No. 109297-CC. Opinion delivered by Chief Justice Burns, Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Eugenia Guadalupe Pina recover her costs, if any, of this appeal from appellant Omar Alejandro Martinez.

Judgment entered October 21, 2022.